UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF ALASKA DEPARTMENT OF REVENUE, TREASURY DIVISION and THE ALASKA PERMANENT FUND CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD.; EREZ VIGODMAN; EYAL DESHEH; YAACOV ALTMAN; ALLAN OBERMAN; and SIGURDUR OLAFSSON,<br><br>Defendants. | Civ. A. No. 3:18-CV-01721 (SRU)<br><br><br><br>October 30, 2018 |

## NOTICE OF APPEARANCE OF JILL M. O'TOOLE

Please enter my appearance as counsel for Defendants Teva Pharmaceutical Industries Limited, Erez Vigodman, Eyal Desheh, Yaacov Altman, Allan Oberman and Sigurdur Olafsson in the above-captioned matter.

Respectfully submitted,

 /s/  Jill M. O'Toole
Jill M. O'Toole (ct27116)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Tel.: (860) 251-5000
Fax: (860) 251-5218
Email: jotoole@goodwin.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 30, 2018, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

          /s/  Jill M. O'Toole
      Jill M. O'Toole (ct27116)
      SHIPMAN & GOODWIN LLP
      One Constitution Plaza
      Hartford, Connecticut 06103-1919
      Tel.: (860) 251-5000
      Fax: (860) 251-5218
      Email: jotoole@goodwin.com